**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN J. HANN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66909

**FILED**

DEC 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant states that he is appealing from the denial of a decision entered on February 10, 2010. No decision was entered on that date in this case. Accordingly, because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-39625

cc: Hon. Stefany Miley, District Judge
Steven J. Hann
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A